**Order entered July 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00362-CV

### NINA D. WHITE, Appellant

### V.

### GUADALUPE PADILLA, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08917**

## ORDER

The reporter's record in this case is overdue. By postcard dated May 3, 2016, we notified the official court reporter for the 193rd Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Stephanie Moses to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record or has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification she has not requested the record or has not been found entitled to proceed without payment of costs or has not paid for or made*

*arrangements to pay for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Stephanie Moses, Official Court Reporter, 193rd Judicial District Court.

/s/     CRAIG STODDART
JUSTICE